UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

       Plaintiff,                    Case No. 1:23–mj–63

v.                                  Hon. Ray Kent

JESUS DOMINGUEZ,

       Defendant.
_____/

## NOTICE OF HEARING

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):    First Appearance – Revocation
Date/Time:               February 10, 2023   10:00 AM
Magistrate Judge:    Ray Kent
Place/Location:        584 Federal Building, Grand Rapids, MI


                                                RAY KENT
                                                U.S. Magistrate Judge

Dated:  February 8, 2023       By:   /s/ Faith Hunter Webb
                                                Judicial Assistant